**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**MARIA J. JIMENEZ, et al.,**

    **Plaintiffs,**

v.                                            Case No.  8:05-CV-2285-T-30EAJ

**UNITED STATES OF AMERICA,**

    **Defendant.**
_____/

## **ORDER**

THIS CAUSE comes before the Court upon review of the case file.  This matter proceeded to a bench trial on May 5, 2008.  Having ruled on the issues raised in the parties' pending motions as the trial progressed, it is ORDERED and ADJUDGED that the Clerk shall terminate Plaintiff's Motion in Limine to Exclude Testimony of Barbara A. Stein (Dkt. 48), Motion in Limine to Bar Testimony of Rodney D. Vanderploeg (Dkt. 49), Defendant's Motion to Strike Motion in Limine to Bar Testimony of Rodney D. Vanderploeg (Dkt. 54), and Plaintiff's Motion to Amend/Correct Prayer for Damages (Dkt. 60).

**DONE** and **ORDERED** in Tampa, Florida on June 10, 2008.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>Copies furnished to</u>:
Counsel/Parties of Record

S:\Odd\2005\05-cv-2285 Terminate pre-trial motions.frm