# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**MARIA J. JIMENEZ, et al.,**

    Plaintiffs,

v.                                                                       Case No.  8:05-CV-2285-T-30EAJ

**UNITED STATES OF AMERICA,**

    Defendant.
_____/

## ORDER OF DISMISSAL

The Court has been advised via a Notice of Settlement (Dkt. #89) that the above-styled action has been settled.  Accordingly, pursuant to Local Rule 3.08(b) (M.D. Fla. 2007), it is

**ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED** without prejudice subject to the right of any party to re-open the action within **sixty (60) days** of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*.  After that 60-day period, however, dismissal shall be with prejudice.

**This Court retains jurisdiction during and after the sixty (60) day period to determine issues related to Plaintiff's Motion for Entitlement and Apportionment of Attorneys' Fees (Dkt. #85).**  Any other pending motions are **DENIED** as moot.  The **Clerk** is directed to close the file.

**DONE** and **ORDERED** in Tampa, Florida on June 25, 2008.

*[signature]*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Odd\2005\05-cv-2285 Dismiss.wpd