**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

MARIA JIMENEZ, et al.,

    Plaintiff(s),

v.                                              CASE NO.  8:05-CV-2285-T-30EAJ

UNITED STATES OF AMERICA,

    Defendant(s).
_____/

## **ORDER**

THIS CAUSE came before the Court for an evidentiary hearing on September 17, 2008, upon Plaintiffs' Motion for Entitlement and Apportionment of Attorneys' Fees (Dkt. #85) and Plaintiffs' Motion to Reopen Action for Findings of Fact Related to Damages (Dkt. #96).

It is ORDERED AND ADJUDGED as follows:

1.    Plaintiffs' Motion for Entitlement and Apportionment of Attorneys' Fees (Dkt. #85) is GRANTED in part and DENIED in part as stated on the record.

2.    Plaintiffs' Motion to Reopen Action for Findings of Fact Related to Damages (Dkt. #96) is GRANTED.  The Clerk is directed to reopen this file.

**DONE** and **ORDERED** in Tampa, Florida on September 23, 2008.

                                                JAMES S. MOODY, JR.
                                                UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record