UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**MARIA J. JIMENEZ, et al.,**

    **Plaintiffs,**

**v.**                                     Case No.  8:05-cv-2285-T-30EAJ

**UNITED STATES OF AMERICA,**

    **Defendant.**

_____/

## **ORDER OF DISMISSAL**

The Court has been advised by Plaintiffs' counsel that the above-styled action has been settled.  Accordingly, pursuant to Local Rule 3.08(b) of the M.D.Fla., it is

**ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED** without prejudice subject to the right of any party to re-open the action within <u>thirty (30) days</u> of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*.  After that 30-day period, however, dismissal shall be with prejudice.  All pending motions, if any,  are **DENIED** as moot.  The Clerk is directed to close the file.

**DONE** and **ORDERED** in Tampa, Florida on February 25, 2009.

                                                           JAMES S. MOODY, JR.
                                                           UNITED STATES DISTRICT JUDGE

<u>Copies furnished to:</u>
Counsel/Parties of Record

F:\Docs\2005\05-cv-2285.dismissal.wpd